Charles M. Leftwich, Jr. (018465)
**LEFTWICH & ASSOCIATES, PLLC**
3816 N. 7th Street
Phoenix, AZ 85014
Tel (602) 266-8080 ♦ Fax (602) 266-8097
charles.leftwich@gmail.com
Attorney for Debtors/Movants

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:** | In Proceedings Under Chapter 13 |
| **LAWRENCE EARL VARIN,** | Case No.: 2:12-bk-13421-SSC |
| Debtor/Movant. | Adv. No.: 2:12-ap-01755-SSC |
| **LAWRENCE EARL VARIN,** | |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| **WELLS FARGO BANK, N.A.,** | |
| Defendant. | |

  I, Charles Leftwich, hereby certify that on October 9, 2012, a copy of the Complaint to Determine the Validity, Priority or Extent of a Lien or other Interest in Property and the Summons were served by Certified U.S. Mail on the following parties:

Wells Fargo Bank, N.A.
c/o Corporation Service Company
2338 W. Royal Palm Rd., Ste. J
Phoenix, AZ 85021

Complaint to Determine Validity - 1

With copies delivered via regular First Class U.S. Mail sent to the following parties on the same date:

Wells Fargo Bank, N.A.
P.O. Box 10438
Des Moines, IA 50306-0438

U.S. Trustee
2301 N. 1st Avenue, Suite 204
Phoenix, Arizona 85003

Edward J. Maney
Chapter 13 Trustee
101 N. First Avenue, Suite 1775
Phoenix, AZ 85003

Lawrence Earl Varin
3802 W. Hatcher Road
Phoenix AZ 85051

RESPECTFULLY SUBMITTED this 12th day of October, 2012.

/s/ *CML-018465* .
CHARLES M. LEFTWICH, JR.
Attorney for Debtor\Movant